Spencer B. Durham
(Petitioner)

R.M. Reish, Warden
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

1: CV-01-205

③
2-5

I, Spencer Durham, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

FILED
SCRANTON
FEB 01 2001

PER _____
DEPUTY CLERK

1.  Are you presently employed?    ☐ Yes    ☒ No

    a.  If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

    ~~xxxxxxxxx~~

    b.  If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

    7-99  Approx $800.00

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession, or form of self employment?    ☐ Yes    ☐ No
    b.  Rent payment, interest or dividends?                 ☐ Yes    ☐ No
    c.  Pension, annuities or life insurance payments?       ☐ Yes    ☐ No
    d.  Gifts or inheritances?                               ☒ Yes    ☐ No
    e.  Any other sources?                                   ☐ Yes    ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    $800.00 money received from family

3.  Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned.

    $15.00

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?    ☐ Yes    ☒ No

    If the answer is yes, state the total value of the items owned.

    _____

    PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

    Page # 8 of

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct.

Executed on 1-16-01
*(date)*

_____
*Signature of Petitioner*

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ .72 on account to his credit at the FCI SCHUYLKILL, MINERSVILLE, PA 17954 institution where he is confined. ~~I further certify that Petitioner likewise has the following securities to his credit according to the records of said~~ NA ~~institution.~~

_____

_____

DATED 1/18/2001            _____
                           *Authorized Officer of Institution*

                           Controller
                           *Title of Officer*

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY