(4) copy

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

4-16-01

Dear SIRS:                                          RE:1:01-cv-00205

It has been a while that I have'nt received anythaing from this court as to if the Defendant in yhis case has been served. The last letter I received from this court was Feb.7. Please send me a copy of the docket to date in this case and if the defendant has not yet been served please inform me when this will be done.

Very truly yours,

Spencer Durham, Plaintiff

FILED
SCRANTON
APR 1 8 2001