**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380



April 19, 2001

FILED
SCRANTON
APR 19 2001
PER _____
DEPUTY CLERK

Mr. Spencer Durham
#03900-082
FPC-Schuylkill
P.O. Box 670
Minersville, PA 17954

  Re: <u>Durham v. Reish</u>, Civil No. 1:CV-01-0205 (Judge Kane)

Dear Mr. Durham:

  In response to your letter of April 16, 2001, enclosed for your information is a current docket sheet for the case referenced above.

              Sincerely,

              James P. Van Wie, Esquire
              Pro Se Law Clerk

JPVW:laf
Enclosure