FILED
SCRANTON
JUN 04 2001
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 1148

SCRANTON, PA 18501

May 30, 2001

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUN 1 - 2001
LAWRENCE K. BAERMAN, CLERK
ALBANY

COURT TRANSFERRED TO: NORTHERN DISTRICT OF NEW YORK

Re: 1:01-cv-00205   Durham v. Reish
    Judge: Yvette Kane

Dear Sir/Madam:

This case is being transferred from the Middle District of Pennsylvania pursuant to an order of court.

Thank you for your cooperation in this matter. Please acknowledge receipt of this record on the enclosed copy of this letter.

Very truly yours,

MARY E. D'ANDREA, Clerk

By: _____
    Deputy Clerk

---

DATE RECEIVED  6/1/01
PERSON RECEIVED  JM
CASE NO. ASSIGNED  9:01-CV-0853
                   TJM/GJD